THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOHN P. HICKMAN, PLAINTIFF IN ERROR.

Argued June 21, 1899—Decided November 20, 1899.

On error to the Supreme Court.    For opinion of the Supreme Court, see 33 *Vroom* 499.

For the plaintiff in error, *Theodore B. Booraem.*

For the defendant in error, *Howard W. Hayes.*

PER CURIAM.

The judgment in the Supreme Court is affirmed, on the grounds stated in the opinion of Mr. Justice Collins.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, LIPPIN-COTT, GUMMERE, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH.   9.

*For reversal*—None.